IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUSTIN POLLARD,<br>Plaintiff,<br>vs.<br>JASON FERGUSON, CITY OF ALTOONA, an Iowa Municipal Corporation, JOHN GRAY, JOE BROTHER, ASSOCIATE PRODUCERS, INC., an Iowa Corporation,<br>Defendants. | No. 4:11-CV-00340-JAJ<br><br>**ORDER** |

This matter comes before the court pursuant to defendants' July 8, 2014 Motion to Dismiss or to Enforce Settlement [Dkt. No. 105] and their July 29, 2014 Motion to Enforce Notary Seal on Settlement Agreement [Dkt. No. 107]. The court held a hearing on these motions on August 7, 2014.

Since the filing of the defendants' first motion, the plaintiff signed the settlement agreement and returned it. Second, the court learned that the case is an asset of a bankruptcy estate. The court concludes that the motion to enforce the settlement is now moot and the court will not require the plaintiff's signature to be notarized.

Upon the foregoing,

**IT IS ORDERED** that defendants' Motion to Dismiss or Enforce Settlement is denied as moot and the Motion to Enforce Notary Seal on Settlement Agreement is denied.

**DATED** this 29th day of August, 2014.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA