IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JUSTIN POLLARD,<br><br>Plaintiff,<br><br>vs.<br><br>JASON FERGUSON, CITY OF ALTOONA, an Iowa Municipal Corporation, and JOHN GRAY<br><br>Defendants. | No. 4:11-CV-00340-JAJ<br><br>**ORDER** |

This court's order of August 29, 2014 shows that this matter is resolved by way of settlement. No further proceedings are pending even though the parties have not filed a stipulation of dismissal.

Pursuant to the settlement of this matter,

**IT IS ORDERED** that this matter is dismissed with prejudice.

**DATED** this 10th day of September, 2014.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA